JANE MCKENZIE et al., as Executrices of ALEXANDER MCKENZIE, Deceased, Appellants, *v.* LOFTUS D. HATTON, Respondent.

*McKenzie* v. *Hatton,* 15 Misc. Rep. 105, affirmed.
(Submitted October 8, 1897 ; decided October 26, 1897.)

APPEAL from a judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered December 28, 1895, which affirmed a judgment in favor of defendant entered upon a verdict.

*Lewis Johnston* and *Edward W. S. Johnston* for appellants.

*James C. Foley* for respondent.

Judgment affirmed, with costs ; no opinion.
All concur.

---

SUSAN HAMILTON, as Administratrix of WILLIAM HAMILTON, Deceased, Appellant, *v.* CATHERINE BRENNAN, Respondent.

*Hamilton* v. *Brennan,* 90 Hun, 340, affirmed.
(Argued October 8, 1897; decided October 26, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered February ·18, 1896, and an order made November 15, 1895, which affirmed a judgment in favor of defendant entered upon a decision of the court dismissing the complaint on trial at Circuit, without a jury.

*Delos McCurdy* and *John Yard* for appellant.

*Bernard J. Tinney* for respondent.

Judgment and order affirmed, with costs ; no opinion.
All concur.